IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DONALD J. USSERY JR., | * |
| Petitioner, | * |
| v. | Case No. 5:23-cv-481-MTT |
| | * |
| HOUSTON COUNTY GEORGIA, | |
| | * |
| Respondent. | |
| _____ | * |

## J U D G M E N T

Pursuant to this Court's Order dated March 5, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 5th day of March, 2024.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk